■ THOMAS KNAUER, Respondent, v DIANE L. ANDERSON, as Executrix of WILLIAM F. ANDERSON, SR., Deceased, et al., Respondents, et al., Defendant. DIANE L. ANDERSON, as Executrix of WILLIAM F. ANDERSON, SR., Deceased, et al., Third-Party Plaintiffs, v RONALD A. KNAUER, JR., Doing Business as KNAUER ELECTRIC, Third-Party Defendant-Respondent. TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, Intervenor-Respondent; NEW YORK STATE INSURANCE FUND, Intervenor-Appellant. (Appeal No. 1.) [769 NYS2d 443]—Appeal from those parts of an order of Supreme Court, Erie County (Howe, J.), entered February 7, 2002, providing that the court would conduct a hearing to determine plaintiff's employment status and staying the proceedings before the Workers' Compensation Board pending that hearing.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Pine, Wisner, Hurlbutt and Gorski, JJ.